IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05-CV-1310**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

GOVERNOR BILL OWENS, AND THE STATE OF COLORADO,
    ATTORNEY GENERAL KEN SALAZAR,
COLORADO DEPT OF CORRECTIONS, AND DIRECTOR JOE ORTIZ,
CORRECTIONS CORPORATIONS OF AMERICA AND DIRECTOR MR. KAISER,
BENT COUNTY CORR. FACILITY JIM KEITH WARDEN,
    STEVEN BROWN, JR. ASST WARDEN,
KELLY CLODFELTER, Chief of Security, STEVEN BROWN, SR., Investigator,
LT'S KING AND BEWLE, Hearings Officers,
CAPT. CHAVEZ, Shift Supervisor, and
SGT. SALIZAR, Morning Sergeant,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Prisoner Complaint, and a Motion to Add Defendants to Civil Suit with Appropriate Copies.

As for Plaintiff's Motion to Add Defendants, prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a). The Motion, however, that Mr. Ackerman submitted is not a properly filed amended complaint. An amended complaint supersedes the original

complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2$^d$ Cir. 1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, Federal Practice and Procedure § 1476 (1990). Plaintiff's Motion to Add Defendants is insufficient to supersede the original Complaint, as it does not provide the alleged claims, the request for relief, or a listing of all of the named Defendants. If Plaintiff seeks to amend he must file an amended complaint on a Court-approved form. Plaintiff's Motion, submitted July 7, 2005, will be denied.

Furthermore, the court has determined that the Prisoner Complaint is deficient as described in this order. Notwithstanding the deficiency, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)

2

(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_  names of defendants in caption are not listed separately on individual lines as required under the United States District Court for the District of Colorado Local Rules of Practice D.C.COLO.LCivR 10.1(J.) and the listed names of defendants in the caption do not match the listed names of defendants in the text of the complaint under Section A. Parties.
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that the clerk of the court send to Plaintiff a copy of the "Information and Instructions for filing a Prisoner Complaint." It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that Plaintiff's Motion to Add Defendants to Civil Suit with Appropriate Copies, submitted July 8, 2005, is denied.

DATED at Denver, Colorado, this __14__ day of __July__, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   05-CV-1310

Edwin Mark Ackerman
Prisoner No. 87741
BCCF
11560 County Rd FF. 75
Las Animas, CO 81054


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint and a copy of the "Information and Instructions for Filing a Prisoner Complaint"** to the above-named individuals on  7-14-05


GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk